

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00102-CV

| | | |
|---|---|---|
| PETERSON, GOLDMAN & VILLANI, INC., Appellant | § | On Appeal from the 141st District Court |
| v. | § | of Tarrant County (141-236257-09) |
| ANCOR HOLDINGS, LP, TIMOTHY MCKIBBEN, JOSEPH RANDALL KEENE, AND ANCOR PARTNERS, INC., | § | July 18, 2019 |
| Appellees | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed, in part, reversed and rendered, in part, and remanded, in part.

We affirm the trial court's judgment to the extent it disposed of PGV's theories of alter ego, punitive damages, and plain estoppel.

Having found that Appellant conclusively established its entitlement to summary judgment on successor liability, we render judgment in favor of Appellant

on its claim to hold Ancor Holdings, LP liable on the judgment against Ancor Holdings, LLC.

We remand the case to the trial court for further proceedings concerning Appellant's other claims.

It is further ordered that Appellees shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell